UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alfredo R.I., *by and through their next friend Coraima R.I.*, | Civil No. 26-619 (DWF/DLM) |
| Petitioner, | |
| v. | ORDER |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Respondents. | |

This matter is before the Court on Petitioner's emergency motion for order to show cause. (Doc. No. 12.) On January 30, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Petitioner's immediate release "with all personal documents" and "without conditions." (Doc. No. 9 at 6.) Respondents filed a letter informing the Court that Petitioner was released (Doc. No. 11), but Petitioner notified the Court that Respondents kept his work permit and forced him to sign a release form with conditions (Doc. Nos. 12, 13). Despite multiple attempts to resolve these issues outside of court, the parties have not come to a resolution, and Petitioner now asks the Court to step in. (Doc. Nos. 12, 13-2.)

The Court specifically declared that Petitioner's detention was unlawful and ordered his release without conditions. Respondents violated that order by failing to return Petitioner's work permit and imposing conditions on Petitioner's release. Respondents must return the work permit and revoke all conditions placed on Petitioner's release from unlawful detention.

Accordingly, **IT IS HEREBY ORDERED** that:

1. By 5:00 p.m. CT today, February 17, 2026, Respondents shall file a status report with the following:

    a. Confirmation that any and all conditions placed on Petitioner's release have been revoked.

    b. Any documents that confirm the conditions were revoked.

    c. Confirmation that they have contacted Petitioner's counsel to offer at least three times within the next week that he can pick up Petitioner's work permit from the Whipple Federal Building. If Respondents maintain the position that Mr. Blades cannot pick up the work permit on his client's behalf, they must alternatively provide a detailed explanation of the policy behind this position.

2. If Respondents fail to timely file the status report with all required contents or fail to revoke the release conditions, the Court will issue an order to show cause why Respondents should not be held in contempt, and a contempt hearing will be scheduled.

3.   The Court **RESERVES RULING** on Petitioner's motion for order to show cause (Doc. No. [12]).

Dated:  February 17, 2026            s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge