UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alfredo R.I., *by and through their next friend Coraima R.I.*, | Civil No. 26-619 (DWF/DLM) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Respondents. | |

This matter is before the Court on Petitioner's emergency motion for order to show cause. (Doc. No. 12.) On January 30, 2026, the Court granted Petitioner's petition for writ of habeas corpus and ordered Petitioner's immediate release "with all personal documents" and "without conditions." (Doc. No. 9 at 6.) Petitioner was released (Doc. No. 11), but without his work permit and after being forced to sign a release form with conditions (Doc. Nos. 12, 13). On February 17, 2026, the Court ordered Respondents to file a status report confirming that the conditions had been revoked and that Respondents had offered times for Petitioner's counsel to pick up the work permit from the Whipple Federal Building. (Doc. No. 14.) Respondents timely filed a status report confirming that the conditions had been revoked but did not mention the work permit whatsoever.

(Doc. No. 15.) Failure to address the return of Petitioner's work permit violates this Court's prior orders. The Court warned that if Respondents failed "to timely file the status report with all required contents," the Court would issue an order to show cause and schedule a contempt hearing. (Doc. No. 14 at 2.)

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's emergency motion for order to show cause (Doc. No. [12]) is **GRANTED**.

2. Respondents' counsel of record must appear for a hearing on Monday, February 23, 2026 at 9:30 a.m. in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3. Respondents' counsel shall be prepared to show cause why he should not be held in contempt of court for failing to coordinate the return of Petitioner's work permit as outlined in the Court's orders dated January 30, 2026 and February 17, 2026. (Doc. Nos. [9], [14].)

4. Petitioner's counsel may participate in the hearing, but his attendance is not required.

5. If, before the hearing, Respondents file a notice indicating that they have worked out a plan to return Petitioner's work permit, the Court will cancel the hearing.

Dated: February 19, 2026        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge

2